# EXHIBIT 1

United Airlines Inc., Spain Branch, Madrid Companies Registry, Volume 1.803, Folio 172, Section 8ª, Sheet nº M-32552, Registration 3ª, 28/11/1995. C.I.F: W-4001782-D.

## Agreement Between User and United Airlines, Inc. ("United")

This website is offered to the User conditioned on acceptance by the User ("User" or "you") without modification of the terms, conditions, and notices contained herein. By accessing and using this website, the User agrees to be bound to all such terms, conditions, and notices, including United's Privacy Policy (the "Agreement").

## Use of united.com

User represents and warrants that he or she possesses the legal right and ability to enter into this Agreement and to use this website in accordance with all terms and conditions herein. User agrees to be financially responsible for all use of this website. User agrees not to assign, transfer or sublicense User rights pursuant to this Agreement. The reservation features of this website are provided solely to permit User to determine the availability of travel related goods and services and to make legitimate reservations or otherwise transact business with suppliers, and for no other purposes. Without limitation, User shall not make any speculative, false or fraudulent purchase or reservation, or any reservation in anticipation of demand. In the event United determines that an individual has confirmed such reservations to one or more destination(s) on or about the same date(s), United reserves the right to cancel all confirmed space associated with the multiple reservations without notice to the passenger or the person making the booking. User agrees that the reservation features of this website shall be used only to make legitimate reservations or purchases for User. User agrees to abide by the terms or conditions of purchase imposed by any supplier with whom User elects to deal including, but not limited to, payment or redemption of all amounts when due and compliance with all rules regarding availability of fares, products or services. User shall be completely responsible for any and all charges, fees, duties, taxes and assessments arising out of the use of this website.

This website is for the User's personal, noncommercial use only. User agrees not to modify, copy, alter, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer, or sell any information, software, products or services obtained from this website without United's prior written permission. User agrees not to use any robot, spider, other automatic device, or manual process to monitor or copy this website or the content contained therein or for any other unauthorized purpose without United's prior written permission. User agrees not to use any device, software or routine to interfere with or attempt to interfere with the proper working of this website or any activities conducted on this site. User agrees not to take any action that imposes an unreasonable or disproportionately large load on our infrastructure. United reserves the right to investigate any illegal and/or unauthorized use of this website, including, but not limited to, unauthorized framing of this website or unauthorized use of any robot, spider or other automated device, and to take appropriate legal action, including, without limitation, civil, criminal and injunctive redress.

## Copyright and trademark notices

All content of this website is: Copyright© 2018 United Airlines, Inc. and/or its suppliers, 233 S. Wacker Drive, Chicago, Illinois 60606. All rights reserved.

All copyrights, trademarks, trade names, logos, and service marks (the "Marks") displayed on this website are United's property or the property of other third parties. User is not permitted to use these Marks without United's prior written consent or the consent of such third parties that may own the Marks.

## Liability disclaimer

The information, software, products, and services published on this website may include inaccuracies or typographical errors. Changes are periodically added to the information herein. United and/or its suppliers may make improvements and/or changes in this website at any time without prior notice. United and/or its suppliers make no representations about the suitability of the information, software, products, and services contained on this website for any purpose. All

such information, software, products, and services are provided "as is" without warranty of any kind. United and/or its suppliers hereby disclaim all warranties and conditions with regard to this information, software, products, and services, including all implied warranties and conditions of merchantability, fitness for a particular purpose, title and non-infringement. In no event shall United and/or its suppliers be liable for any direct, indirect, punitive, incidental, special or consequential damages arising out of or in any way connected with the use of this website or with the delay or inability to use this website, or for any information, software, products, and services obtained through this website, or otherwise arising out of the use of this website, whether based on contract, tort, strict liability or otherwise, even if United and/or any of its suppliers has been advised of the possibility of damages. Because some States/jurisdictions do not allow the exclusion or limitation of liability for consequential or incidental damages, the above limitation may not apply to you.

## Class Action Waiver

You agree that the resolution of any dispute, claim, or controversy related to this Agreement shall be conducted on an individual, not a class-wide basis, and that no such proceeding may be consolidated with any other legal proceedings involving United. You further agree that you, and anyone asserting a claim for you, will not be a class representative, class member, or otherwise participate in a class, representative, consolidated or private attorney general proceeding against United.

## Currency conversion

Currency rates are based on various publicly available sources. Rates are not verified as accurate, and actual rates may vary. Currency quotes are not updated every day. Check the date on the Currency Converter for the day that currency was last updated. The information supplied by this application is believed to be accurate, but United and/or its suppliers do not warrant or guarantee such accuracy. When using this information for any financial purpose, United advises the User to consult a qualified professional to verify the accuracy of the currency rates. United and/or its suppliers do not authorize the use of this information for any other purposes, except for personal use, and prohibit to the maximum extent allowable the resale, redistribution, and use of this information for commercial purposes.

## Forward-looking statements

This website may contain forward-looking statements concerning United. These forward-looking statements only speak as of the date indicated or, if no such date is indicated, as of the date such statements are posted to this website. Actual results could differ materially from those described in any forward-looking statements. Please read United's Securities and Exchange Commission filings, including its annual, periodic and current reports, as amended, for additional information about the risks, uncertainties and other factors that could cause actual results to differ materially from those in the forward-looking statements. United expressly disclaims any obligation to update, amend, supplement or otherwise revise any forward-looking statements contained in this website to reflect events or circumstances that may arise after the date indicated, except as otherwise required by applicable law.

The information provided on this website is provided solely for the reference purposes of Users and should not be relied upon in connection with any investment decision. The information provided on this website does not constitute an offer to sell or the solicitation of an offer to buy any securities.

## Links to third parties' websites

This website may contain links and pointers to Internet sites maintained by third parties. United does not operate or control in any respect any information, products or services on such third-party sites. Third party links and pointers are included solely for the convenience of Users, and do not constitute any endorsement by United and/or its suppliers. User assumes sole responsibility for use of third party links and pointers.

## Software available on this website

Please note that all software, including without limitation all HTML code and Active X controls contained in this website, is owned by United and/or its suppliers and is protected by intellectual property and other laws, including without limitation copyright laws and international treaty provisions. Any reproduction or redistribution of the software is

expressly prohibited by law, and may result in civil and criminal penalties. Violators will be prosecuted to the maximum extent possible.

## Use of information

See the United Airlines Privacy Policy.

Any communications you send to this website or otherwise to United by electronic mail are on a non-confidential basis, and United is under no obligation to refrain from reproducing, publishing or otherwise using them in any way for any purpose. United shall be free to use the content of such electronic mail communications, including the development, manufacturing and/or marketing of goods or services.

## Indemnity

As a condition of use of this website, the User agrees to indemnify United and its suppliers from and against any and all liabilities, expenses (including attorney's fees) and damages arising out of claims resulting from User's use of this website, including without limitation any claims alleging facts that if true would constitute a breach by User of this Agreement.

## Use of bulletin boards, chat rooms, surveys and other communications forums

To the extent that this website contains bulletin boards, conferences, chat rooms, surveys or other communication facilities ("Forums"), the User agrees to use such Forums only to send and receive messages and material that are proper and related to the particular Forum. By way of example, and not as a limitation, the User agrees when using a Forum, the User shall not:

- Defame, abuse, harass, stalk, threaten or otherwise violate the legal rights (such as rights of privacy and publicity) of others.
- Publish, post, distribute or disseminate any defamatory, infringing, obscene, indecent or unlawful material or information.
- Upload files that contain software or other material protected by intellectual property laws (or by rights of privacy of publicity) unless the User owns or controls the rights thereto or has received all necessary consents.
- Upload files that contain viruses, corrupted files, or any other similar software or programs that may damage the operation of another's computer.
- Delete any author attributions, legal notices or proprietary designations or labels in any file that is uploaded.
- Falsify the origin or source of software or other material contained in a file that is uploaded.
- Advertise or offer to sell any goods or services, or engage in surveys, contests, chain letters or for any commercial purpose.
- Download any file that the User knows, or reasonably should know, cannot be legally distributed via this website.

User agrees to use this website only as permitted by this Agreement, any additional policies or procedures published in this website from time to time by United, and applicable law. United reserves the right for any reason to remove without notice any contents of this website received from Users, including without limitation bulletin board postings. United reserves the right to deny in its sole discretion any user access to this website or any portion thereof without notice. United reserves the right to edit any notices or postings for clarity and length. The User acknowledges that any Forums hosted by this website are public and not private communications. Further, the User acknowledges that chats, postings, conferences, and other communications by other Users are not endorsed by United, and such communications shall not be considered reviewed, screened, or approved by United.

## Service contact

If you wish to contact us regarding this website, please visit the Customer Support page to learn how to get in touch and resolve any questions you have.

**General**

Transportation of passengers, baggage and cargo by United and certain regional carriers d/b/a United Express® is subject to the terms and conditions contained in United's Contract of Carriage, in addition to any terms and conditions specified on united.com, printed on or in a ticket jacket, ticket receipt, or in any published schedule. To the extent there is a conflict between United's Contract of Carriage and any terms and conditions specified on united.com, printed on or in a ticket jacket, ticket receipt, or in any published schedule, the Contract of Carriage governs. By purchasing a ticket and accepting transportation, the passenger agrees to be bound by such terms and conditions. Other services and products described in this website will also be subject to terms and conditions, details of which may be obtained from United Airlines or its service provider (as applicable).

United reserves the right to make any and all changes to this website at its sole discretion without notice to the User. United reserves the right to deny access to this website to anyone at any time. This Agreement shall be deemed to include all other notices, policies, disclaimers, and other terms contained in this website; provided, however, that in the event of a conflict between such other terms and the terms of this Agreement, the terms of this Agreement shall control.

This Agreement is governed by the laws of the State of Illinois, U.S.A., without reference to conflicts of laws provisions. User consents to the exclusive jurisdiction and venue of courts in Cook County, Illinois, U.S.A., in all disputes arising out of or relating to the use of this website. Use of this website is unauthorized in any jurisdiction that does not give effect to all provisions of these terms and conditions, including without limitation this paragraph.

Any rights not expressly granted herein are reserved.

**DOT Contact Information**

Aviation Consumer Protection Division, C-75
U.S. Department of Transportation
1200 New Jersey Ave., S.E.
Washington, DC 20590

202-366-2220

transportation.gov/airconsumer

**Columbia specific information**

Corporate name: United Airlines Inc
Tax id: 900.496.730-1

Address where UA receives notifications:
Carrera 7 # 71 – 52 Torre B Oficina 1101, Bogotá D.C., Colombia

Phone number 571+3765270

Contact e-mail UANotificaciones@united.com

# Superintendence of Ports and Transportation/SIC

www.supertransporte.gov.co

## EAA (European Accessibility Act) specific information

At United we want to provide an accessible online experience for all. We are committed to offering all users an accessible experience, in full alignment with the European Accessibility Act and all applicable accessibility

standards.

If you are not satisfied with our response to your inquiry regarding accessibility, you may contact the national enforcement body of your EU Member State.

## German contact information:

Market Surveillance Authority of the Federal States for the Accessibility of Products and Services (Marktüberwachungsstelle der Länder für die Barrierefreiheit von Produkten und Dienstleistungen – MLBF)

c/o Ministry of Labour, Social Affairs, Health and Equality of the State of Saxony-Anhalt

P.O. Box 39 11 55
39135 Magdeburg

Telephone: +49 391 567 4530

Email: MLBF@ms.sachsen-anhalt.de