**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED AIRLINES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KIWI.COM, INC. and KIWI.COM S.R.O., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:25-cv-09572 |

**PLAINTIFF'S NOTICE OF CLAIMS INVOLVING TRADEMARKS
PURSUANT TO LOCAL RULE 3.4**

Pursuant to Local Rule 3.4, Plaintiff United Airlines, Inc. ("United" or "Plaintiff"), by and through the below-named counsel, hereby submit the following Notice of Claims Involving Trademarks with information required under 15 U.S.C. § 1116(c).

1. Name and Address of Litigants:

   PLAINTIFF:
   United Airlines, Inc.
   233 S. Wacker Drive
   Chicago, IL 60606

   DEFENDANTS:
   Kiwi.com, Inc.
   1221 Brickell Ave., Suite 1115
   Miami, FL 33131

   Kiwi.com s.r.o
   Rohanské nábřeží 678/25
   186 00, Prague 8-Karlín
   Czech Republic

2. U.S. Trademarks upon which suit has been brought include:

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|---|---|---|
| [United globe logo] Reg. No. 6042676 | Filing date: October 23, 2019<br>Registration date: April 28, 2020<br>Date of first use: November 2017 | United Airlines, Inc. |
| UNITED<br><br>Reg. No. 676462 | Filing date: December 3, 1953<br>Registration date: March 31, 1959<br>Date of first use: February 1, 1959 | United Airlines, Inc. |
| UNITED AIRLINES<br><br>Reg. No. 1750451 | Filing date: April 27, 1992<br>Registration date: February 2, 1993<br>Date of first use: June 17, 1974 | United Airlines, Inc. |
| [UNITED with globe logo]<br>Reg. No. 5114233 | Filing date: May 19, 2016<br>Registration date: January 3, 2017<br>Date of first use: October 1, 2010 | United Airlines, Inc. |
| [UNITED with globe logo]<br>Reg. No. 6042677 | Filing date: October 23, 2019<br>Registration date: April 28, 2020<br>Date of first use: November 2017 | United Airlines, Inc. |
| UNITED<br><br>Reg. No. 7536244 | Filing date: November 20, 2023<br>Registration date: October 15, 2024<br>Date of first use: February 1, 1929 | United Airlines, Inc. |

Dated: August 18, 2025          Respectfully submitted,

By: /s/ *Sondra A. Hemeryck*
    Sondra A. Hemeryck
    Eli J. Litoff
    Steven E. Vogel
    RILEY SAFER HOLMES & CANCILA LLP
    1 S. Dearborn Street, Suite 2200
    Chicago, Illinois 60603
    312.471.8700
    shemeryck@rshc-law.com

elitoff@rshc-law.com
svogel@rshc-law.com

*Attorneys for Plaintiff United Airlines, Inc.*