**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED AIRLINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIWI.COM, INC. AND KIWI.COM S.R.O., <br><br> Defendants | Case No. 25-cv-9572 <br><br> Honorable Sunil R. Harjani |

**KIWI.COM, INC'S UNOPPOSED MOTION TO EXTEND**
**THE DEADLINE TO ANSWER OR OTHERWISE PLEAD**

Defendant Kiwi.Com, Inc. ("Kiwi") requests this Court enter an order extending the time for Kiwi to respond to Plaintiff United's Complaint. In support of its request, Kiwi states as follows:

1. On August 12, 2025, United filed a complaint in the Northern District of Illinois.

2. Kiwi was served on August 13, 2025.

3. Counsel for United and Kiwi conferred and agreed to a 21-day extension of time for Kiwi to answer or otherwise plead (up to and including September 24, 2025). They filed a motion for extension on September 3, 2025. (Dkt. No. 14.)

4. The Court granted the agreed motion for extension of time on September 9, 2025. (Dkt. No. 15.)

5. United's complaint spans sixty pages in length, encompasses over 224 paragraphs, and involves ten different counts against Kiwi.com. United alleges violation of federal trademark and false advertising laws, violation of two different Illinois statutes, and also brings both Illinois state law tort and contract claims.

- 1 -

6. This litigation is complex and Kiwi requests additional time of two weeks (up to and including October 8, 2025) to ensure adequate presentation of the issues, and not for purposes of delay.

7. On September 18, 2025, United's counsel informed Kiwi's counsel that United does not oppose a further extension of time up to and including October 8, 2025, for Kiwi to respond to the complaint .

8. Accordingly, Kiwi respectfully requests that this Court grant its Motion for Extension and set the deadline for Kiwi.com, Inc. to answer or otherwise plead as October 8, 2025.

Dated: September 19, 2025    Respectfully submitted,

*/s/ Joshua D. Lee*
Joshua D. Lee
Norton Rose Fulbright US LLP
1045 W. Fulton Market, Suite 1200
Chicago, Illinois  60607
Tel +1 312 964 7800
Fax +312 964 7799
Josh.Lee@nortonrosefulbright.com

*Attorneys for Kiwi.com Inc.*