UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIRLINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIWI.COM, INC. AND KIWI.COM S.R.O., <br><br> Defendants | Case No. 25-cv-9572 <br><br> Honorable Sunil R. Harjani |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**AND FOR A 60-DAY CONTINUANCE**

Norton Rose Fulbright US LLP, including attorneys Joshua D. Lee, John McBride, and Erica Spilde (collectively, "NRF"), moves for leave to withdraw as counsel of record in this matter for Kiwi.Com, Inc. ("Defendant"). On November 12, 2025, NRF became aware of a conflict of interest related to Norton Rose Fulbright Canada's representation of United in unrelated matters. On November 13, 2025, United relayed to NRF that this conflict is irreconcilable.

This motion is made with Kiwi.Com, Inc.'s knowledge and with their intent to substitute new counsel. Kiwi.Com, Inc. respectfully requests that the Court stay this case and extend all deadlines by 60 days to allow Defendant to obtain substitute counsel and for substitute counsel to become familiar with this case.

Dated: November 18, 2025

Respectfully submitted,

*/s/ Joshua D. Lee*
Joshua D. Lee
John McBride
Norton Rose Fulbright US LLP
1045 W. Fulton Market, Suite 1200
Chicago, Illinois 60607
Tel +1 312 964 7800
Fax +312 964 7799
josh.lee@nortonrosefulbright.com
john.mcbride@nortonrosefulbright.com

Erica Spilde

- 1 -

        Norton Rose Fulbright US LLP
        60 South Sixth Street, Suite 3100
        Minneapolis, Minnesota 55402
        Tel +1 612.321.2234
        Fax +1.612.321.2288
        erica.spilde@nortonrosefulbright.com

        *Attorneys for Kiwi.Com, Inc.*